## RICE v. STATE.

(Decided May 21, 1914.

APPEAL from Lauderdale Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

## ROBERTSON v. CITY OF TUSCALOOSA.

(Eight Cases)

(Decided April 21, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for either party.

Per curiam. Appeal dismissed.

## ROBERTSON v. STATE.

(Decided May 12, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. · R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

## RUSSELL & SUMMERS v. BIRMINGHAM GRAIN COMPANY.

(Decided April 21, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. J. C. PUGH.

No counsel marked for appellant. H. L. DAVIS, for appellee.

Per curiam. Appeal dismissed.